# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYSCO PHILADELPHIA, LLC,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 20-6182 |
| | : | |
| **CLAUDIO SILVA,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **11th** day of **March 2021**, upon consideration of the Plaintiff's Motion for a Preliminary Injunction (ECF No. 3), the joint Stipulation for Evidentiary Hearing on the Preliminary Injunction (ECF No. 30), the testimony presented at the Evidentiary Hearing on Motion for Preliminary Injunction held on February 22, 2021 (transcript can be found at ECF No. 32) and the parties' briefing (ECF Nos. 34, 35, 36, and 37), it hereby **ORDERED** that the Plaintiff's motion (ECF No. 3) is **DENIED**.

BY THE COURT:

/s/   Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**